NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KILOPASS TECHNOLOGY, INC.,**
*Plaintiff-Appellant,*

**v.**

**SIDENSE CORPORATION,**
*Defendant-Appellee.*

---

2013-1009

---

Appeal from the United States District Court for the Northern District of California in No. 10-CV-2066, Judge Susan Y. Illston.

---

**JUDGMENT**

---

MARK L. HOGGE, SNR Denton US, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were SHAILENDRA K. MAHESHWARI, RACHEL REPKA, KHALIQ A. IMRAN and ANDREW BLAIR. Of counsel was JAMES A. KLENK.

ROGER L. COOK, Kilpatrick Townsend & Stockton, LLP, of San Francisco, California, argued for defendant-appellee. With him on the brief were ROBERT D. TADLOCK and SARA B. GIARDINA. Of counsel was JOSHUA HAMILTON LEE, of Atlanta, Georgia.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, and O'MALLEY, *Circuit Judges.*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


April 10, 2013 | /s/ Jan Horbaly
Date | Jan Horbaly
| Clerk